IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FELIX L. SORKIN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No. 1:08-CV-133 |
| v. | § | |
| | § | |
| UNIVERSAL BUILDING PRODUCTS, | § | JUDGE RON CLARK |
| | § | |
| *Defendant*. | § | |

## FINAL JUDGMENT

This final judgment is entered pursuant to Fed. R. Civ. P. 58 and the court's Order Granting Defendant's Motion For Summary Judgment, signed on November 2, 2009.

IT IS ORDERED that Plaintiff Felix L. Sorkin shall take nothing of and from his claims against Defendant Universal Building Products.[1]

IT IS FURTHER ORDERED that costs are taxed to Plaintiff. All relief not specifically granted herein is DENIED.

So **ORDERED** and **SIGNED** this 5 day of **November, 2009.**

_____
Ron Clark, United States District Judge

---

[1] Although UBP raised invalidity of the '367 patent as an affirmative defense and requested that the court "declare that each claim of the '367 patent is invalid," Doc. # 7 at p. 4, UBP failed to plead a counterclaim seeking declaratory judgment that the '367 patent is invalid. Therefore, the court need not reach the question of invalidity before entering Final Judgment.