**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| FELIX L. SORKIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:08-cv-133 |
| | § | |
| UNIVERSAL BUILDING PRODUCTS INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Defendant filed a motion for an award of attorneys' fees and costs pursuant to 35 U.S.C. § 285 and Fed. R. Civ. P. 11 and supporting brief. Plaintiff filed a Response in Opposition and brief in support. After consideration of Defendant's motion, Plaintiff's response, the declarations, the exhibits all other evidence on file, the Court finds that Defendant's motion should be DENIED.