IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| FELIX L. SORKIN, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | Civil Action No. 1:08-cv-133 |
| | § | |
| UNIVERSAL BUILDING PRODUCTS INC., | § | JUDGE RON CLARK |
| | § | |
| DEFENDANT. | § | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT plaintiff FELIX L. SORKIN hereby appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of November 5, 2009 (Docket No. 47), the Order Granting Defendant's Motion for Summary Judgment of November 2, 2009 (Docket No. 46), and the Order Granting in Part Defendant's Motion for Attorney's Fees and Costs of February 9, 2010 (Docket No. 59).

The appeal fee accompanies this notice.

Respectfully submitted,

_____
John S. Egbert
Texas Bar No. 06479550
Egbert Law Offices, PLLC
412 Main Street, 7th Floor
Houston, Texas 77002
Telephone: (713) 224-8080
Facsimile: (713) 223-4873

1

Email: mail@egbertlawoffices.com

Attorney for Plaintiff
Felix L. Sorkin

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been served via the Court's electronic filing system on the 10th day of March 2010 to the following counsel of record:

Kenneth R. Nowakowski
Lisa Arent
Gary R. Plotecher
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202

Kevin P. Walters
Texas Bar No. 20818000
Chaffe McCall, L.L.P.
815 Walker Street, Suite 953
Houston, Texas 77002

Attorneys for Defendant
Universal Building Products, Inc.

_____
John S. Egbert
Texas Bar No. 06479550
Egbert Law Offices, PLLC
412 Main Street, 7th Floor
Houston, Texas 77002
Telephone: (713) 224-8080
Facsimile: (713) 223-4873
Email: mail@egbertlawoffices.com

Attorney for Plaintiff
Felix L. Sorkin